EXHIBIT B

Jasmine Jones ***-**-7370

ıerican Medical Personnel

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

New Work City
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.50 | 7.5 | 93.75 | 93.75 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 7.5 | 93.75 | 93.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 7.00 | 7.00 |
| FICA Tax | 5.81 | 5.81 |
| State Tax | 1.84 | 1.84 |
| Local Tax | 1.88 | 1.88 |
| Medicare | 1.36 | 1.36 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 35.00 | 35.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

Period Ending 9/15/14
Payroll Date 9/15/14
Net Pay ****40.86
Check # 8459

For questions, please call Tony Montesano, CFO, at (330) 433-1080



9/15/14 ****40.86

****** Forty and 86/100 ******

**Jasmine Jones**
5222 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

American Medical Personnel

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

New Work City
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.50 | 7.5 | 93.75 | 93.75 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 7.5 | 93.75 | 93.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| Totals: | 0.00 | 0.00 |

Period Ending 9/15/14
Payroll Date 9/15/14
Net Pay ****40.86
Check # 8459

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.50 | 22.5 | 281.25 | 375.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 22.5 | 281.25 | 375.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 9.00 | 16.00 |
| FICA Tax | 17.44 | 23.25 |
| State Tax | 3.12 | 4.96 |
| Local Tax | 5.63 | 7.51 |
| Medicare | 4.08 | 5.44 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 35.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

Period Ending 9/18/14
Payroll Date 9/18/14
Net Pay ****241.98
Check # 8520

For questions, please call Tony Montesano, CFO, at (330) 433-1080

9/18/14 ****241.98

****** Two hundred forty one and 98/100 ******

**Jasmine Jones**
5222 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.50 | 22.5 | 281.25 | 375.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 22.5 | 281.25 | 375.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| Totals: | 0.00 | 0.00 |

Period Ending 9/18/14
Payroll Date 9/18/14
Net Pay ****241.98
Check # 8520

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.50 | 11.5 | 143.75 | 518.75 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 11.5 | 143.75 | 518.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 15.00 | 31.00 |
| FICA Tax | 8.91 | 32.16 |
| State Tax | 3.56 | 8.52 |
| Local Tax | 2.88 | 10.39 |
| Medicare | 2.08 | 7.52 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 35.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 9/19/14 |
| Payroll Date | 9/19/14 |
| Net Pay | ****111.32 |
| Check # | 8545 |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



9/19/14 ****111.32

****** One hundred eleven and 32/100 ******

**Jasmine Jones**
5222 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.50 | 11.5 | 143.75 | 518.75 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 11.5 | 143.75 | 518.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| Totals: | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 9/19/14 |
| Payroll Date | 9/19/14 |
| Net Pay | ****111.32 |
| Check # | 8545 |

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.50 | 19.25 | 240.63 | 759.38 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 19.25 | 240.63 | 759.38 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 5.00 | 36.00 |
| FICA Tax | 14.92 | 47.08 |
| State Tax | 2.19 | 10.71 |
| Local Tax | 4.81 | 15.20 |
| Medicare | 3.49 | 11.01 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 35.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

Period Ending 9/22/14
Payroll Date 9/22/14
Net Pay ****210.22
Check # 8574

For questions, please call Tony Montesano, CFO, at (330) 433-1080



9/22/14 ****210.22

****** Two hundred ten and 22/100 ******

**Jasmine Jones**
5222 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.50 | 19.25 | 240.63 | 759.38 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 19.25 | 240.63 | 759.38 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| Totals: | 0.00 | 0.00 |

Period Ending 9/22/14
Payroll Date 9/22/14
Net Pay ****210.22
Check # 8574

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 3,777.00 |
| **Shifts** | 12.00 | 15.0 | 180.00 | 20,441.90 |
| | 0.00 | 0.0 | 0.00 | 6,194.52 |
| | 0.00 | 0.0 | 0.00 | 927.06 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 45.07 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 15.0 | 180.00 | 31,385.55 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 1,584.00 |
| FICA Tax | 11.16 | 1,946.06 |
| State Tax | 1.19 | 477.27 |
| Local Tax | 2.70 | 125.81 |
| Medicare | 2.61 | 455.08 |
| Fees | 0.00 | 22.60 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

Period Ending 12/21/15
Payroll Date 12/21/15
Net Pay ****162.34
Check # 15346

For questions, please call Tony Montesano, CFO, at (330) 433-1080



12/21/15 ****162.34

****** One hundred sixty two and 34/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 3,777.00 |
| **Shifts** | 12.00 | 15.0 | 180.00 | 20,441.90 |
| | 0.00 | 0.0 | 0.00 | 6,194.52 |
| | 0.00 | 0.0 | 0.00 | 927.06 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 45.07 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 15.0 | 180.00 | 31,385.55 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.0 |
| Loan Repay | 0.00 | |
| Garnishment | 0.00 | |
| CPR Fee | | |
| NWC Fee | | |
| | 0.00 | |
| **Totals:** | 0 | |

Period F
Payro
Net
Che

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

Jasmine Jones ***-**-7370

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 3,777.00 |
| **Shifts** | 11.50 | 7.75 | 89.13 | 20,531.03 |
| | 12.00 | 7.5 | 90.00 | 6,284.52 |
| | 0.00 | 0.0 | 0.00 | 927.06 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 45.07 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 15.25 | 179.13 | 31,564.68 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 1,584.00 |
| FICA Tax | 11.11 | 1,957.17 |
| State Tax | 1.18 | 478.45 |
| Local Tax | 3.13 | 174.50 |
| Medicare | 2.60 | 457.68 |
| Fees | 0.00 | 22.60 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

Period Ending 12/22/15
Payroll Date 12/22/15
Net Pay ****161.11
Check # 15381

For questions, please call Tony Montesano, CFO, at (330) 433-1080



12/22/15 ******161.11**

****** One hundred sixty one and 11/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

Jasmine Jones ***-**-7370

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 3,777.00 |
| **Shifts** | 11.50 | 7.75 | 89.13 | 20,531.03 |
| | 12.00 | 7.5 | 90.00 | 6,284.52 |
| | 0.00 | 0.0 | 0.00 | 927.06 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 45.07 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 15.25 | 179.13 | 31,564.68 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| **Totals:** | 0.00 | 0.00 |

Period Ending 12/22/15
Payroll Date 12/22/15
Net Pay ****161.11
Check # 15381

***-**-7370

Jasmine Jones

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular Shifts | 0.00 | 0.0 | 0.00 | 3,777.00 |
| | 11.50 | 6.5 | 74.75 | 20,605.78 |
| | 0.00 | 0.0 | 0.00 | 6,284.52 |
| | 0.00 | 0.0 | 0.00 | 927.06 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 45.07 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 6.5 | 74.75 | 31,639.43 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 4.00 | 1,588.00 |
| FICA Tax | 4.63 | 1,961.80 |
| State Tax | 1.15 | 479.60 |
| Local Tax | 1.50 | 12.55 |
| Medicare | 1.08 | 458.76 |
| Fees | 0.00 | 22.60 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 12/23/15 |
| Payroll Date | 12/23/15 |
| Net Pay | ****62.39 |
| Check # | 15403 |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



12/23/15 ****62.39

****** Sixty two and 39/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

***-**-7370

Jasmine Jones

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular Shifts | 0.00 | 0.0 | 0.00 | 3,777.00 |
| | 11.50 | 6.5 | 74.75 | 20,605.78 |
| | 0.00 | 0.0 | 0.00 | 6,284.52 |
| | 0.00 | 0.0 | 0.00 | 927.06 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 45.07 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 6.5 | 74.75 | 31,639.43 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| | | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | |
| Totals: | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 12/23/15 |
| Payroll Date | 12/23/15 |
| Net Pay | ****62.39 |
| Check # | 15403 |

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular Shifts** | 11.50 | 7.75 | 89.13 | 3,866.13 |
| | 12.00 | 30.5 | 366.00 | 20,971.78 |
| | 17.75 | 15.5 | 275.13 | 6,559.65 |
| | 18.00 | 15.0 | 270.00 | 1,197.06 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 45.07 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 68.75 | 1,000.26 | 32,639.69 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 73.00 | 1,661.00 |
| FICA Tax | 62.02 | 2,023.82 |
| State Tax | 18.87 | 498.47 |
| Local Tax | 17.76 | 192.26 |
| Medicare | 14.50 | 473.26 |
| Fees | 0.00 | 22.60 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

Period Ending 12/28/15
Payroll Date 12/28/15
Net Pay ****814.11
Check # 15441

For questions, please call Tony Montesano, CFO, at (330) 433-1080

12/28/15 ****814.11

****** Eight hundred fourteen and 11/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular Shifts** | 11.50 | 7.75 | 89.13 | 3,866.13 |
| | 12.00 | 30.5 | 366.00 | 20,971.78 |
| | 17.75 | 15.5 | 275.13 | 6,559.65 |
| | 18.00 | 15.0 | 270.00 | 1,197.06 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 45.07 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 68.75 | 1,000.26 | 32,639.69 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| **Totals:** | 0.00 | 0.00 |

Period Ending 12/28/1
Payroll Date 12/28/
Net Pay ****814.
Check # 15

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 15.5 | 186.00 | 186.00 |
| | 17.75 | 15.0 | 266.25 | 266.25 |
| | 18.00 | 22.5 | 405.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 53.0 | 857.25 | 857.25 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 90.00 | 90.00 |
| FICA Tax | 53.15 | 53.15 |
| State Tax | 21.70 | 21.70 |
| Local Tax | 13.79 | 13.79 |
| Medicare | 12.43 | 12.43 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 1/4/16 |
| Payroll Date | 1/4/16 |
| Net Pay | ****666.18 |
| Check # | 15543 |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



1/4/16 ******666.18**

****** Six hundred sixty six and 18/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 15.5 | 186.00 | 186.00 |
| | 17.75 | 15.0 | 266.25 | 266.25 |
| | 18.00 | 22.5 | 405.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 53.0 | 857.25 | 857.25 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| **Totals:** | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 1/4/16 |
| Payroll Date | 1/4/16 |
| Net Pay | ****666.18 |
| Check # | 15543 |

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.00 | 15.0 | 180.00 | 366.00 |
| | 0.00 | 0.0 | 0.00 | 266.25 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 15.0 | 180.00 | 1,037.25 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 90.00 |
| FICA Tax | 11.16 | 64.31 |
| State Tax | 1.19 | 22.89 |
| Local Tax | 2.70 | 12.77 |
| Medicare | 2.61 | 15.04 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

Period Ending 1/5/16
Payroll Date 1/5/16
Net Pay ****162.34
Check # 15582

For questions, please call Tony Montesano, CFO, at (330) 433-1080



1/5/16 ****162.34

****** One hundred sixty two and 34/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.00 | 15.0 | 180.00 | 366.00 |
| | 0.00 | 0.0 | 0.00 | 266.25 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 15.0 | 180.00 | 1,037.25 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| Totals: | 0.00 | 0.00 |

Period Ending 1/5/16
Payroll Date 1/5/16
Net Pay ****162.34
Check # 15582

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

Jasmine Jones ***-**-7370

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 6.5 | 78.00 | 444.00 |
| | 13.00 | 8.0 | 104.00 | 370.25 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 14.5 | 182.00 | 1,219.25 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 90.00 |
| FICA Tax | 11.28 | 75.59 |
| State Tax | 1.21 | 24.10 |
| Local Tax | 3.25 | 16.02 |
| Medicare | 2.64 | 17.68 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

Period Ending 1/6/16
Payroll Date 1/6/16
Net Pay ****163.62
Check # 15604

For questions, please call Tony Montesano, CFO, at (330) 433-1080



1/6/16 ****163.62

****** One hundred sixty three and 62/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

Jasmine Jones ***-**-7370

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 6.5 | 78.00 | 444.00 |
| | 13.00 | 8.0 | 104.00 | 370.25 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 14.5 | 182.00 | 1,219.25 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| **Totals:** | 0.00 | 0.00 |

Period Ending 1/6/16
Payroll Date 1/6/16
Net Pay ****163.62
Check # 15604

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular Shifts | 0.00 | 0.0 | 0.00 | 0.00 |
| | 13.50 | 7.5 | 101.25 | 545.25 |
| | 0.00 | 0.0 | 0.00 | 370.25 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 7.5 | 101.25 | 1,320.50 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 8.00 | 98.00 |
| FICA Tax | 6.28 | 81.87 |
| State Tax | 2.03 | 26.13 |
| Local Tax | 0.00 | 0.00 |
| Medicare | 1.47 | 19.15 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

Period Ending 1/7/16
Payroll Date 1/7/16
Net Pay ****83.47
Check # 15620

For questions, please call Tony Montesano, CFO, at (330) 433-1080



1/7/16 ****83.47

**** Eighty three and 47/100 ****

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular Shifts | 0.00 | 0.0 | 0.00 | 0.00 |
| | 13.50 | 7.5 | 101.25 | 545.25 |
| | 0.00 | 0.0 | 0.00 | 370.25 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 7.5 | 101.25 | 1,320.50 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| Totals: | 0.00 | 0.00 |

Period Ending 1/7/16
Payroll Date 1/7/16
Net Pay ****83.47
Check # 15620

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 13.50 | 6.5 | 87.75 | 633.00 |
| | 0.00 | 0.0 | 0.00 | 370.25 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 6.5 | 87.75 | 1,408.25 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 6.00 | 104.00 |
| FICA Tax | 5.44 | 87.31 |
| State Tax | 1.58 | 27.71 |
| Local Tax | 0.00 | 0.00 |
| Medicare | 1.27 | 20.42 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 1/8/16 |
| Payroll Date | 1/8/16 |
| Net Pay | ****73.46 |
| Check # | 15643 |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

1/8/16 ****73.46

****** Seventy three and 46/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 13.50 | 6.5 | 87.75 | 633.00 |
| | 0.00 | 0.0 | 0.00 | 370.25 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 6.5 | 87.75 | 1,408.25 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| **Totals:** | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 1/8/16 |
| Payroll Date | 1/8/16 |
| Net Pay | ****73.46 |
| Check # | 15643 |

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 30.0 | 360.00 | 7,403.75 |
| | 13.50 | 15.0 | 202.50 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 45.0 | 562.50 | 8,572.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 46.00 | 354.00 |
| FICA Tax | 34.88 | 531.52 |
| State Tax | 11.52 | 117.29 |
| Local Tax | 10.46 | 125.17 |
| Medicare | 8.16 | 124.32 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

Period Ending 3/7/16
Payroll Date 3/7/16
Net Pay ****451.48
Check # 16808

For questions, please call Tony Montesano, CFO, at (330) 433-1080

3/7/16 ****451.48

****** Four hundred fifty one and 48/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108



Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 30.0 | 360.00 | 7,403.75 |
| | 13.50 | 15.0 | 202.50 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 45.0 | 562.50 | 8,572.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| **Totals:** | 0.00 | 0.00 |

Period Ending 3/7/16
Payroll Date 3/7/16
Net Pay ****451.48
Check # 16808

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.00 | 15.0 | 180.00 | 7,583.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 15.0 | 180.00 | 8,752.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 354.00 |
| FICA Tax | 11.16 | 542.68 |
| State Tax | 1.19 | 118.48 |
| Local Tax | 2.70 | 118.03 |
| Medicare | 2.61 | 126.93 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

Period Ending 3/8/16
Payroll Date 3/8/16
Net Pay ****162.34
Check # 16850

For questions, please call Tony Montesano, CFO, at (330) 433-1080



3/8/16 ****162.34

****** One hundred sixty two and 34/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH
(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.00 | 15.0 | 180.00 | 7,583.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 15.0 | 180.00 | 8,752.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| Totals: | 0.00 | 0.00 |

Period Ending 3/8/16
Payroll Date 3/8/16
Net Pay ****162.34
Check # 16850

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 15.0 | 180.00 | 7,763.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 15.0 | 180.00 | 8,932.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 354.00 |
| FICA Tax | 11.16 | 553.84 |
| State Tax | 1.19 | 119.67 |
| Local Tax | 2.70 | 120.73 |
| Medicare | 2.61 | 129.54 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 3/9/16 |
| Payroll Date | 3/9/16 |
| Net Pay | ****162.34 |
| Check # | 16866 |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



3/9/16 ****162.34

****** One hundred sixty two and 34/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108


Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton


| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 15.0 | 180.00 | 7,763.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 15.0 | 180.00 | 8,932.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| **Totals:** | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 3/9/16 |
| Payroll Date | 3/9/16 |
| Net Pay | ****162.34 |
| Check # | 16866 |

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

Jasmine Jones ***-**-7370

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.00 | 15.0 | 180.00 | 7,943.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 15.0 | 180.00 | 9,112.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 354.00 |
| FICA Tax | 11.16 | 565.00 |
| State Tax | 1.19 | 120.86 |
| Local Tax | 2.70 | 123.43 |
| Medicare | 2.61 | 132.15 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

Period Ending 3/10/16
Payroll Date 3/10/16
Net Pay ****162.34
Check # 16882

For questions, please call Tony Montesano, CFO, at (330) 433-1080



3/10/16 ****162.34

****** One hundred sixty two and 34/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

Jasmine Jones ***-**-7370

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.00 | 15.0 | 180.00 | 7,943.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 15.0 | 180.00 | 9,112.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| Totals: | 0.00 | 0.00 |

Period Ending 3/10/16
Payroll Date 3/10/16
Net Pay ****162.34
Check # 16882

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 7.5 | 90.00 | 8,033.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 7.5 | 90.00 | 9,202.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 6.00 | 360.00 |
| FICA Tax | 5.58 | 570.58 |
| State Tax | 1.66 | 122.52 |
| Local Tax | 1.35 | 124.78 |
| Medicare | 1.31 | 133.46 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

Period Ending 3/11/16
Payroll Date 3/11/16
Net Pay ****74.10
Check # 16901

For questions, please call Tony Montesano, CFO, at (330) 433-1080



3/11/16 ******74.10**

****** Seventy four and 10/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108


Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**
North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Shifts** | 12.00 | 7.5 | 90.00 | 8,033.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 7.5 | 90.00 | 9,202.75 |


| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| **Totals:** | 0.00 | 0.00 |


Period Ending 3/11/16
Payroll Date 3/11/16
Net Pay ****74.10
Check # 16901

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.00 | 37.5 | 450.00 | 8,483.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 37.5 | 450.00 | 9,652.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Federal Tax | 91.00 | 451.00 |
| FICA Tax | 27.90 | 598.48 |
| State Tax | 17.22 | 139.74 |
| Local Tax | 6.75 | 131.53 |
| Medicare | 6.53 | 139.99 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| Total Taxes: | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 3/14/16 |
| Payroll Date | 3/14/16 |
| Net Pay | ****300.60 |
| Check # | 16929 |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



3/14/16 ******300.60**

****** Three hundred and 60/100 ******

**Jasmine Jones**
522 East 125th St
Cleveland OH 44108

Jasmine Jones ***-**-7370

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 0.00 |
| Shifts | 12.00 | 37.5 | 450.00 | 8,483.75 |
| | 0.00 | 0.0 | 0.00 | 764.00 |
| | 0.00 | 0.0 | 0.00 | 405.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| TOTALS | | 37.5 | 450.00 | 9,652.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 0.00 |
| | 0.00 | 0.00 |
| Totals: | 0.00 | 0.00 |

| | |
|---|---|
| Period Ending | 3/14/16 |
| Payroll Date | 3/14/16 |
| Net Pay | ****300.60 |
| Check # | 16929 |