*email* ap.medical@mac.com

# Show Me The Money     EXHIBIT D

This is what it's all about. Getting paid. Paying the bills. Getting the roof fixed. Going on vacation. You can't do any of these fun things without money (okay, the roof and bills aren't fun). Imagine going on a driving tour through a new city, and every time you pass through a toll booth, the attendant pays you! You would visit that city over and over again, wouldn't you? Consider your timecard your toll ticket. Complete a successful work shift (driving tour), fill out your timecard (toll ticket), and let our bean-counter (toll booth attendant) pay you! Isn't this fun?

## Getting Paid
### Timecards

*paystubs mailed weekly*

*Timecards*
Every shift that you work for AMP will require a signed timecard to be submitted for payment. The work week begins Monday at 7 am and runs through the midnight shift on Sunday night. Employees are responsible for legibly and accurately completing a timecard, having it signed by the immediate supervisor, and turning it in to AMP offices for payment. A completed timecard is the only way to be paid through AMP. Please record the following information on your timecard:

1. Your full name and skill level (How would we know who to pay?)
2. The name of the facility at which you worked
3. The date of your shift
4. The actual start time and end time (Not the time you wished you could go home)
5. Your recorded lunch break (Required)
6. Supervisor's signature

You can submit your timecard in person, by snail mail, email, or by fax. Of the duplicate copies, the yellow copy is for the facility, and the white copy is to submit to AMP for payment. Incomplete or illegible time cards will not be processed for payment until the legible or complete timecard is received in our office. Falsifying timecards is a major no-no and may result in immediate termination.

*Lunch Breaks*
Employees are not compensated for their lunch breaks (everyone knows there's no such thing as a free lunch). If your supervisor requires you to work through your lunch (taskmaster!), they must specifically write "NO LUNCH" and initial the lunch box. Otherwise, you must record a 1/2 hour lunch break for every shift that you work.

### Payday

*No longer than week*

*Payday*
Every weekday is payday at AMP! Employees submitting a completed signed timecard by 11 am Monday through Friday can expect a check at 3 pm on the same day. It's our way of saying thanks. We believe that if you go to work on short notice you should get paid on short notice. Please don't call our offices asking for your check early, though, it takes a long time to verify and process payroll, and we don't want to make a mistake (mistakes on paychecks mean frowns on faces). If a mistake is made, contact the payroll department for amends (and it was an accident). Employees who receive a paycheck outside of the 11 am to 3 pm time frame are charged a $10 fee.

*Weekend Pay*
AMP's weekend incentive pay rate starts with the 3 to 11 pm shift on Friday and runs through the 11 pm to 7 am shift on Sunday night. We believe that if you are willing to give up your precious weekend time, you should be paid extra.

*NO OT But Holiday is based on pay*

*Overtime Pay*
AMP pays a standard overtime rate of 1.5 times the regular rate for every hour worked in excess of forty hours within one pay period, provided AMP has received written confirmation from the facility in advance. AMP believes that excess work (or tours) can diminish an employee's effectiveness and just plain make them sleepy and/or grumpy. Despite the excitement of working with AMP, management recommends resting from time to time to recharge your batteries.

*Delivering Paychecks*