**EXHIBIT E**

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|------------|---------|-----|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,180.75 | Federal Tax | 0.00 | 63.00 |
| **Shifts** | 11.50 | 2.0 | 23.00 | 2,742.01 | FICA Tax | 13.05 | 352.23 |
|  | 12.50 | 15.0 | 187.50 | 682.50 | State Tax | 1.25 | 60.15 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 3.05 | 82.38 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
|  |  |  |  |  | Ride Fee | 0.00 | 0.00 |
| **Bonus** | 0.00 |  | 0.00 | 75.00 | **Total Taxes:** | 0.00 | 0.00 |
| Commission | 0.00 |  | 0.00 | 0.00 | Period Ending | | 4/25/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 4/25/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****193.15 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 17928 |
| Reimbursement | 0.00 |  | 0.00 | 0.00 |  |  |  |
| **TOTALS** |  | 17.0 | 210.50 | 5,680.26 |  |  |  |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

4/25/16        ****193.15

**\*\*\*\* One hundred ninety three and 15/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|------------|---------|-----|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,180.75 | Child Support | 0.00 | 0.00 |
| **Shifts** | 11.50 | 2.0 | 23.00 | 2,742.01 | Insurance | 0.00 | 0.00 |
|  | 12.50 | 15.0 | 187.50 | 682.50 | Loan Repay | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 0.00 |  |  |  |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
|  |  |  |  |  |  | 0.00 | 0.00 |
| **Bonus** | 0.00 |  | 0.00 | 75.00 | **Totals:** | 0.00 | 0.00 |
| Commission | 0.00 |  | 0.00 | 0.00 | Period Ending | | 4/25/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 4/25/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****193.15 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 17928 |
| Reimbursement | 0.00 |  | 0.00 | 0.00 |  |  |  |
| **TOTALS** |  | 17.0 | 210.50 | 5,680.26 |  |  |  |

Jasmine Diaz                    \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Regular** | 11.00 | 6.5 | 71.50 | 2,252.25 | Federal Tax | 1.00 | 64.00 |
| **Shifts** | 0.00 | 0.0 | 0.00 | 2,742.01 | FICA Tax | 4.43 | 356.66 |
| | 0.00 | 0.0 | 0.00 | 682.50 | State Tax | 0.94 | 61.09 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 1.79 | 7.78 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 1.04 | 83.42 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | Ride Fee | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 75.00 | **Total Taxes:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 4/26/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 4/26/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*62.30 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 17977 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 6.5 | 71.50 | 5,751.76 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

4/26/16          \*\*\*\*62.30

**\*\*\*\* Sixty two and 30/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                    \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Regular** | 11.00 | 6.5 | 71.50 | 2,252.25 | Child Support | 0.00 | 0.00 |
| **Shifts** | 0.00 | 0.0 | 0.00 | 2,742.01 | Insurance | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 682.50 | Loan Repay | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 75.00 | **Totals:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 4/26/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 4/26/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*62.30 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 17977 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 6.5 | 71.50 | 5,751.76 | | | |

Jasmine Diaz          \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Regular Shifts** | 11.00 | 7.5 | 82.50 | 2,334.75 | Federal Tax | 4.00 | 68.00 |
| | 0.00 | 0.0 | 0.00 | 2,742.01 | FICA Tax | 6.32 | 362.98 |
| | 0.00 | 0.0 | 0.00 | 682.50 | State Tax | 1.90 | 62.99 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 1.53 | 69.30 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 1.48 | 84.90 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | Ride Fee | 0.00 | 0.00 |
| **Bonus** | 19.50 | | 19.50 | 94.50 | **Total Taxes:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 4/27/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 4/27/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*86.77 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18011 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 7.5 | 102.00 | 5,853.76 | | | |



*(handwritten note: "I owed you from 4/25")*

For questions, please call Tony Montesano, CFO, at (330) 433-1080

4/27/16          \*\*\*\*86.77

**\*\*\*\* Eighty six and 77/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz          \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Regular Shifts** | 11.00 | 7.5 | 82.50 | 2,334.75 | Child Support | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 2,742.01 | Insurance | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 682.50 | Loan Repay | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | 0.00 | 0.00 |
| **Bonus** | 19.50 | | 19.50 | 94.50 | **Totals:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 4/27/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 4/27/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*86.77 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18011 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 7.5 | 102.00 | 5,853.76 | | | |

Jasmine Diaz     \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|------------|---------|-----|
| **Regular Shifts** | 11.00 | 7.5 | 82.50 | 2,417.25 | Federal Tax | 2.00 | 70.00 |
| | 0.00 | 0.0 | 0.00 | 2,742.01 | FICA Tax | 5.12 | 368.10 |
| | 0.00 | 0.0 | 0.00 | 682.50 | State Tax | 1.25 | 64.24 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 1.24 | 70.54 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 1.20 | 86.10 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | Ride Fee | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 94.50 | **Total Taxes:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 4/28/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 4/28/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*71.69 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18044 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 7.5 | 82.50 | 5,936.26 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

4/28/16     \*\*\*\*71.69

**\*\*\*\* Seventy one and 69/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts     OH    44102

Jasmine Diaz     \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|------------|---------|-----|
| **Regular Shifts** | 11.00 | 7.5 | 82.50 | 2,417.25 | Child Support | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 2,742.01 | Insurance | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 682.50 | Loan Repay | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 94.50 | **Totals:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 4/28/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 4/28/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*71.69 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18044 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 7.5 | 82.50 | 5,936.26 | | | |

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|-----------|---------|-----|
| **Regular Shifts** | 11.00 | 8.0 | 88.00 | 2,505.25 | Federal Tax | 2.00 | 72.00 |
|  | 0.00 | 0.0 | 0.00 | 2,742.01 | FICA Tax | 5.46 | 373.56 |
|  | 0.00 | 0.0 | 0.00 | 682.50 | State Tax | 1.43 | 65.67 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 1.32 | 71.86 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 1.28 | 87.38 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
|  |  |  |  |  | Ride Fee | 0.00 | 0.00 |
| **Bonus** | 0.00 |  | 0.00 | 94.50 | **Total Taxes:** | 0.00 | 0.00 |
| Commission | 0.00 |  | 0.00 | 0.00 | Period Ending |  | 4/29/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date |  | 4/29/16 |
| Vacation | 0.00 |  | 0.00 | 0.00 | Net Pay |  | ****76.51 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # |  | 18080 |
| Reimbursement | 0.00 |  | 0.00 | 0.00 |  |  |  |
| **TOTALS** |  | 8.0 | 88.00 | 6,024.26 |  |  |  |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



4/29/16          ****76.51

**\*\*\*\* Seventy six and 51/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|-----------|---------|-----|
| **Regular Shifts** | 11.00 | 8.0 | 88.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 2,742.01 | Insurance | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 682.50 | Loan Repay | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 0.00 |  |  |  |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee |  | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee |  | 0.00 |
|  |  |  |  |  | 0.00 |  | 0.00 |
| **Bonus** | 0.00 |  | 0.00 | 94.50 | **Totals:** | 0.00 | 0.00 |
| Commission | 0.00 |  | 0.00 | 0.00 | Period Ending |  | 4/29/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date |  | 4/29/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay |  | ****76.51 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # |  | 18080 |
| Reimbursement | 0.00 |  | 0.00 | 0.00 |  |  |  |
| **TOTALS** |  | 8.0 | 88.00 | 6,024.26 |  |  |  |

Jasmine Diaz                    \*\*\*-\*\*-5914

| | INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| **American** | **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 0.00 | 72.00 |
| **Medical** | **Shifts** | 11.50 | 14.75 | 169.63 | 2,911.64 | FICA Tax | 22.14 | 395.70 |
| **Personnel** | | 12.50 | 15.0 | 187.50 | 870.00 | State Tax | 4.26 | 69.93 |
| | | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 2.54 | 74.40 |
| | | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 5.18 | 92.56 |
| 717 South Main | **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| N. Canton, OH | **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | | Ride Fee | 0.00 | 0.00 |
| (330) 433-1080 | **Bonus** | 0.00 | | 0.00 | 94.50 | **Total Taxes:** | 0.00 | 0.00 |
| Fax: | **Commission** | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/2/16 |
| (330) 433-1086 | Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/2/16 |
| **New Work** | Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*323.01 |
| **City** | Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18121 |
| | Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| North Canton | **TOTALS** | | 29.75 | 357.13 | 6,381.39 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

5/2/16          **\*\*\*\*323.01**

**\*\*\*\* Three hundred twenty three and 01/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                    \*\*\*-\*\*-5914

| | INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| **American** | **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| **Medical** | **Shifts** | 11.50 | 14.75 | 169.63 | 2,911.64 | Insurance | 0.00 | 0.00 |
| **Personnel** | | 12.50 | 15.0 | 187.50 | 870.00 | Loan Repay | 0.00 | 0.00 |
| | | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| | | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| 717 South Main | **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| N. Canton, OH | **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| (330) 433-1080 | **Bonus** | 0.00 | | 0.00 | 94.50 | **Totals:** | 0.00 | 0.00 |
| Fax: | **Commission** | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/2/16 |
| (330) 433-1086 | Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/2/16 |
| **New Work** | Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*323.01 |
| **City** | Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18121 |
| | Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| North Canton | **TOTALS** | | 29.75 | 357.13 | 6,381.39 | | | |

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|------------|---------|-----|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 0.00 | 77.00 |
| **Shifts** | 14.00 | 4.25 | 59.50 | 3,154.14 | FICA Tax | 3.69 | 410.74 |
| | 0.00 | 0.0 | 0.00 | 870.00 | State Tax | 0.62 | 73.67 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 0.60 | 1.65 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 0.86 | 96.07 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | Ride Fee | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 94.50 | **Total Taxes:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/9/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/9/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****53.73 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18298 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 4.25 | 59.50 | 6,623.89 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



5/9/16              ****53.73

**** Fifty three and 73/100 ****

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts        OH    44102

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|------------|---------|-----|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| **Shifts** | 14.00 | 4.25 | 59.50 | 3,154.14 | Insurance | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 870.00 | Loan Repay | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 94.50 | **Totals:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/9/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/9/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****53.73 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18298 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 4.25 | 59.50 | 6,623.89 | | | |

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 3.00 | 80.00 |
| **Shifts** | 13.00 | 7.5 | 97.50 | 3,251.64 | FICA Tax | 6.05 | 416.79 |
| | 0.00 | 0.0 | 0.00 | 870.00 | State Tax | 1.75 | 75.42 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 1.22 | 1.22 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 1.41 | 97.48 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | Ride Fee | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 94.50 | Total Taxes: | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/11/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/11/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****84.07 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18384 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 7.5 | 97.50 | 6,721.39 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

5/11/16            ****84.07

**** Eighty four and 07/100 ****

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| **Shifts** | 13.00 | 7.5 | 97.50 | 3,251.64 | Insurance | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 870.00 | Loan Repay | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 94.50 | Totals: | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/11/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/11/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****84.07 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18384 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 7.5 | 97.50 | 6,721.39 | | | |

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 0.00 | 80.00 |
| Shifts | 12.00 | 15.0 | 180.00 | 3,431.64 | FICA Tax | 11.16 | 427.95 |
| | 0.00 | 0.0 | 0.00 | 870.00 | State Tax | 0.91 | 76.33 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 2.25 | 3.47 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 2.61 | 100.09 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | Ride Fee | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 94.50 | Total Taxes: | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/13/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/13/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****163.07 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18447 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| TOTALS | | 15.0 | 180.00 | 6,901.39 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

5/13/16          ****163.07

**** One hundred sixty three and 07/100 ****

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| Shifts | 12.00 | 15.0 | 180.00 | 3,431.64 | Insurance | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 870.00 | Loan Repay | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 94.50 | Totals: | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/13/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/13/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****163.07 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18447 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| TOTALS | | 15.0 | 180.00 | 6,901.39 | | | |

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|--------|----------|-------|---------|-----|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 |
| **Shifts** | 12.00 | 26.75 | 321.00 | 3,752.64 |
| | 0.00 | 0.0 | 0.00 | 870.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 94.50 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 26.75 | 321.00 | 7,222.39 |

| DEDUCTIONS | Current | YTD |
|------------|---------|-----|
| Federal Tax | 0.00 | 80.00 |
| FICA Tax | 19.90 | 447.85 |
| State Tax | 3.35 | 79.68 |
| Local Tax | 4.01 | 7.48 |
| Medicare | 4.65 | 104.74 |
| Fees | 0.00 | 0.00 |
| BCI Fee | 0.00 | 0.00 |
| Ride Fee | 0.00 | 0.00 |
| **Total Taxes:** | 0.00 | 0.00 |

| Period Ending | 5/16/16 |
|---|---|
| Payroll Date | 5/16/16 |
| Net Pay | ****279.09 |
| Check # | 18483 |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



5/16/16          ****279.09

**** Two hundred seventy nine and 09/100 ****

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD |
|--------|----------|-------|---------|-----|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 |
| **Shifts** | 12.00 | 26.75 | 321.00 | 3,752.64 |
| | 0.00 | 0.0 | 0.00 | 870.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 |
| **Bonus** | 0.00 | | 0.00 | 94.50 |
| Commission | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 |
| Reimbursement | 0.00 | | 0.00 | 0.00 |
| **TOTALS** | | 26.75 | 321.00 | 7,222.39 |

| DEDUCTIONS | Current | YTD |
|------------|---------|-----|
| Child Support | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Loan Repay | 0.00 | 0.00 |
| Garnishment | 0.00 | 0.00 |
| CPR Fee | | 0.00 |
| NWC Fee | | 10.00 |
| | 0.00 | 0.00 |
| **Totals:** | 0.00 | 0.00 |

| Period Ending | 5/16/16 |
|---|---|
| Payroll Date | 5/16/16 |
| Net Pay | ****279.09 |
| Check # | 18483 |

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|---------|-------|---------|-----|------------|---------|-----|
| Regular | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 37.00 | 125.00 |
| Shifts | 12.00 | 25.0 | 300.00 | 4,232.64 | FICA Tax | 40.92 | 501.48 |
| | 18.00 | 20.0 | 360.00 | 1,230.00 | State Tax | 13.93 | 97.45 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 8.25 | 18.30 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 9.57 | 117.29 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | Ride Fee | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 119.50 | Total Taxes: | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/23/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/23/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****550.33 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18686 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| TOTALS | | 45.0 | 660.00 | 8,087.39 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

5/23/16        ****550.33

**** Five hundred fifty and 33/100 ****

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                    ***-**-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|---------|-------|---------|-----|------------|---------|-----|
| Regular | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| Shifts | 12.00 | 25.0 | 300.00 | 4,232.64 | Insurance | 0.00 | 0.00 |
| | 18.00 | 20.0 | 360.00 | 1,230.00 | Loan Repay | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 119.50 | Totals: | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/23/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/23/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****550.33 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18686 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| TOTALS | | 45.0 | 660.00 | 8,087.39 | | | |

Jasmine Diaz                    \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|------------|---------|-----|
| Regular | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 0.00 | 125.00 |
| Shifts | 12.00 | 4.0 | 48.00 | 4,280.64 | FICA Tax | 2.98 | 504.46 |
| | 0.00 | 0.0 | 0.00 | 1,230.00 | State Tax | 0.36 | 97.81 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 0.60 | 18.90 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 0.70 | 117.99 |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | Ride Fee | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 119.50 | Total Taxes: | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/24/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/24/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*43.36 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18741 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| TOTALS | | 4.0 | 48.00 | 8,135.39 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

5/24/16          \*\*\*\*43.36

**\*\*\*\* Forty three and 36/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                    \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|----------|-------|---------|-----|------------|---------|-----|
| Regular | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| Shifts | 12.00 | 4.0 | 48.00 | 4,280.64 | Insurance | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 1,230.00 | Loan Repay | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| OverTime | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| DoubleTime | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | 0.00 | 0.00 |
| Bonus | 0.00 | | 0.00 | 119.50 | Totals: | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/24/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/24/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*43.36 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18741 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| TOTALS | | 4.0 | 48.00 | 8,135.39 | | | |

Jasmine Diaz     \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|---------|-------|---------|------|-----------|---------|------|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 0.00 | 125.00 |
| **Shifts** | 12.00 | 4.0 | 48.00 | 4,328.64 | FICA Tax | 2.98 | 507.44 |
|  | 0.00 | 0.0 | 0.00 | 1,230.00 | State Tax | 0.36 | 98.17 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 0.60 | 19.50 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 0.70 | 118.69 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
|  |  |  |  |  | Ride Fee | 0.00 | 0.00 |
| **Bonus** | 0.00 |  | 0.00 | 119.50 | **Total Taxes:** | 0.00 | 0.00 |
| Commission | 0.00 |  | 0.00 | 0.00 | Period Ending | | 5/25/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/25/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*43.36 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18775 |
| Reimbursement | 0.00 |  | 0.00 | 0.00 |  |  |  |
| **TOTALS** |  | 4.0 | 48.00 | 8,183.39 |  |  |  |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

5/25/16     \*\*\*\*43.36

**\*\*\*\* Forty three and 36/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts     OH     44102

Jasmine Diaz     \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|---------|-------|---------|------|-----------|---------|------|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| **Shifts** | 12.00 | 4.0 | 48.00 | 4,328.64 | Insurance | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 1,230.00 | Loan Repay | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 0.00 |  |  |  |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
|  |  |  |  |  | 0.00 | | 0.00 |
| **Bonus** | 0.00 |  | 0.00 | 119.50 | **Totals:** | 0.00 | 0.00 |
| Commission | 0.00 |  | 0.00 | 0.00 | Period Ending | | 5/25/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/25/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*43.36 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18775 |
| Reimbursement | 0.00 |  | 0.00 | 0.00 |  |  |  |
| **TOTALS** |  | 4.0 | 48.00 | 8,183.39 |  |  |  |

Jasmine Diaz          \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 0.00 | 125.00 |
| **Shifts** | 12.00 | 15.0 | 180.00 | 4,508.64 | FICA Tax | 11.16 | 518.60 |
|  | 0.00 | 0.0 | 0.00 | 1,230.00 | State Tax | 0.91 | 99.08 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 2.25 | 21.75 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 2.61 | 121.30 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
|  |  |  |  |  | Ride Fee | 0.00 | 0.00 |
| **Bonus** | 0.00 |  | 0.00 | 119.50 | **Total Taxes:** | 0.00 | 0.00 |
| Commission | 0.00 |  | 0.00 | 0.00 | Period Ending |  | 5/26/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date |  | 5/26/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay |  | \*\*\*\*163.07 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # |  | 18806 |
| Reimbursement | 0.00 |  | 0.00 | 0.00 |  |  |  |
| **TOTALS** |  | 15.0 | 180.00 | 8,363.39 |  |  |  |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



5/26/16          \*\*\*\*163.07

**\*\*\*\* One hundred sixty three and 07/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz          \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080

Fax:

(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| **Shifts** | 12.00 | 15.0 | 180.00 | 4,508.64 | Insurance | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 1,230.00 | Loan Repay | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
|  | 0.00 | 0.0 | 0.00 | 0.00 |  |  |  |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee |  | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee |  | 0.00 |
|  |  |  |  |  |  | 0.00 | 0.00 |
| **Bonus** | 0.00 |  | 0.00 | 119.50 | **Totals:** | 0.00 | 0.00 |
| Commission | 0.00 |  | 0.00 | 0.00 | Period Ending |  | 5/26/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date |  | 5/26/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay |  | \*\*\*\*163.07 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # |  | 18806 |
| Reimbursement | 0.00 |  | 0.00 | 0.00 |  |  |  |
| **TOTALS** |  | 15.0 | 180.00 | 8,363.39 |  |  |  |

Jasmine Diaz                         ***-**-5914

| American | INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| **Medical** | **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 2.00 | 127.00 |
| **Personnel** | **Shifts** | 12.00 | 7.5 | 90.00 | 4,598.64 | FICA Tax | 5.58 | 524.18 |
| | | 0.00 | 0.0 | 0.00 | 1,230.00 | State Tax | 1.50 | 100.58 |
| 717 South Main | | 0.00 | 0.0 | 0.00 | 0.00 | Local Tax | 1.13 | 22.88 |
| N. Canton, OH | | 0.00 | 0.0 | 0.00 | 0.00 | Medicare | 1.31 | 122.61 |
| | **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| (330) 433-1080 | **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| Fax: | | | | | | Ride Fee | 0.00 | 0.00 |
| (330) 433-1086 | **Bonus** | 0.00 | | 0.00 | 119.50 | **Total Taxes:** | 0.00 | 0.00 |
| | Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/27/16 |
| **New Work** | Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/27/16 |
| **City** | Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | ****78.48 |
| | Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18837 |
| North Canton | Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| | **TOTALS** | | 7.5 | 90.00 | 8,453.39 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080



                                                    5/27/16        ****78.48

**** Seventy eight and 48/100 ****

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts          OH    44102

Jasmine Diaz                         ***-**-5914

| American | INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| **Medical** | **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| **Personnel** | **Shifts** | 12.00 | 7.5 | 90.00 | 4,598.64 | Insurance | 0.00 | 0.00 |
| | | 0.00 | 0.0 | 0.00 | 1,230.00 | Loan Repay | 0.00 | 0.00 |
| 717 South Main | | 0.00 | 0.0 | 0.00 | 0.00 | Garnishment | 0.00 | 0.00 |
| N. Canton, OH | | 0.00 | 0.0 | 0.00 | 0.00 | | | |
| | **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| (330) 433-1080 | **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| Fax: | | | | | | | 0.00 | 0.00 |
| (330) 433-1086 | **Bonus** | 0.00 | | 0.00 | 119.50 | **Totals:** | 0.00 | 0.00 |
| | Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/27/16 |
| | Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/27/16 |

Jasmine Diaz      \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|---------|-------|---------|-----|-----------|---------|-----|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Federal Tax | 70.00 | 197.00 |
| **Shifts** | 12.00 | 9.5 | 114.00 | 4,712.64 | FICA Tax | 54.59 | 578.77 |
| | 17.50 | 15.0 | 262.50 | 1,492.50 | State Tax | 21.63 | 122.21 |
| | 18.00 | 28.0 | 504.00 | 504.00 | Local Tax | 11.01 | 33.89 |
| | 0.00 | 0.0 | 0.00 | | Medicare | 12.77 | 135.38 |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | Fees | 0.00 | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | BCI Fee | 0.00 | 0.00 |
| | | | | | Ride Fee | 0.00 | 0.00 |
| **Bonus** | | | 0.00 | 119.50 | **Total Taxes:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/31/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/31/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*710.50 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18883 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 52.5 | 880.50 | 9,333.89 | | | |

For questions, please call Tony Montesano, CFO, at (330) 433-1080

5/31/16      **\*\*\*\*710.50**

**\*\*\*\* Seven hundred ten and 50/100 \*\*\*\***

**Jasmine Diaz**
3445 West 47th St
Cleveland Hts      OH    44102

Jasmine Diaz      \*\*\*-\*\*-5914

**American Medical Personnel**

717 South Main
N. Canton, OH

(330) 433-1080
Fax:
(330) 433-1086

**New Work City**

North Canton

| INCOME | PAY RATE | HOURS | Current | YTD | DEDUCTIONS | Current | YTD |
|--------|---------|-------|---------|-----|-----------|---------|-----|
| **Regular** | 0.00 | 0.0 | 0.00 | 2,505.25 | Child Support | 0.00 | 0.00 |
| **Shifts** | 12.00 | 9.5 | 114.00 | 4,712.64 | Insurance | 0.00 | 0.00 |
| | 17.50 | 15.0 | 262.50 | 1,492.50 | Loan Repay | 0.00 | 0.00 |
| | 18.00 | 28.0 | 504.00 | 504.00 | Garnishment | 0.00 | 0.00 |
| | 0.00 | 0.0 | 0.00 | | | | |
| **OverTime** | 0.00 | 0.0 | 0.00 | 0.00 | CPR Fee | | 0.00 |
| **DoubleTime** | 0.00 | 0.0 | 0.00 | 0.00 | NWC Fee | | 0.00 |
| | | | | | | 0.00 | 0.00 |
| **Bonus** | | | 0.00 | 119.50 | **Totals:** | 0.00 | 0.00 |
| Commission | 0.00 | | 0.00 | 0.00 | Period Ending | | 5/31/16 |
| Holiday | 0.00 | 0.0 | 0.00 | 0.00 | Payroll Date | | 5/31/16 |
| Vacation | 0.00 | 0.0 | 0.00 | 0.00 | Net Pay | | \*\*\*\*710.50 |
| Mileage | 0.00 | 0.0 | 0.00 | 0.00 | Check # | | 18883 |
| Reimbursement | 0.00 | | 0.00 | 0.00 | | | |
| **TOTALS** | | 52.5 | 880.50 | 9,333.89 | | | |