UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASMINE DIAZ, et al., ) | Case No. 5:16-cv-2319 |
| Plaintiffs, ) | JUDGE SARA LIOI |
| v. ) | |
| ) | CONSENT FORM |
| NEW WORK CITY, INC., et al., ) | |
| Defendants. ) | |

    I hereby consent, agree, and opt-in to be Named Plaintiff in the above-captioned class and collective action which is brought under the Fair Labor Standards Act and/or state wage and hour laws.  I agree to be represented by Scott & Winters Law Firm, LLC, and attorney Kevin M. McDermott II.  I understand that by filing this Consent I will be bound by the judgment of the Court on all issues in this case.

_____
Signature                              Date

_____
Name (Please Print)

_____
Street Address

_____
City, State, Zip Code

_____
Phone Number

_____
Email Address

**FAX** **to:**     (440) 846-1625

**EMAIL** **to:**   kevin@mcdermottattorney.com; or

**MAIL** **to:**    Kevin M. McDermott II
            11925 Pearl Rd., Ste. 310
            Strongsville, Ohio 44136