UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASMINE DIAZ, ET AL., | ) Case No. 5:16-cv-2319 |
| Plaintiffs, | ) JUDGE SARA LIOI |
| v. | ) |
| NEW WORK CITY, INC., ET AL., | ) **EXHIBIT H: DECLARATION OF CONSTANCE SHANNON** |
| Defendants. | ) |

1. I am over 18 years old and competent to make the following representations and give the following consent in this matter.

2. I have personal knowledge of the matters referenced herein.

3. I am a named plaintiff in this case. I consent to bring this action on behalf of myself and all other similarly situated employees, who are also present or former employees of New Work City, Inc., which I understand also does business as American Medical Personnel.

4. I am a current employee of American Medical Personnel. I work and have been paid as an hourly employee of American Medical Personnel from approximately December 2015 to the present.

5. Throughout my employment, I have worked as an hourly Licensed Practical Nurse Personnel's clients' facilities providing medical and assisted living care. I regularly travel to jobsites, American Medical Personnel's client facilities, in Ohio.

6. During my orientation with AMP I was told that I would not be paid overtime. In order to receive compensation for my hours, I am required to submit a timecard reporting my full name and skill level, the name of the facility at which I worked, the date of my shift, the actual start time and end time of my shift, and the recorded lunch break; I am required to have my supervisor sign the timecard.

7. I have never been instructed to report my hours worked traveling between client facilities of American Medical Personnel during the work day. To my knowledge I have never been paid for my travel time between client facilities of American Medical Personnel, including during the instances in which I traveled between client facilities in the same workday.

8. In addition, I have worked more than forty (40) hours during workweeks for American Medical Personnel. I have not been paid overtime for all my hours over forty (40) hours, and I have not always been paid overtime at the time and one-half rate required.

9. Based upon my personal knowledge, I am aware that other hourly employees also suffered from the same violations. Defendants similarly failed to pay overtime at the time and

1

one-half rate required to other hourly employees and failed to pay for travel time during the workday to other hourly employees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

2/13/17
Date

Signature

Constance Shannon
Printed Name

2109 Mayview Avenue
Street Address

Cleveland, Ohio 44109
City, State, Zip Code

(216) 200-0746
Phone Number

Constancesshannon@gmail.com
Email Address