IN WITNESS WHEREOF, the Parties and the Parties' Counsel have executed this Agreement of Settlement and Release, in counterpart or otherwise, on the date indicated next to each Party's respective signature, effective as of the date hereinabove mentioned.

NEW WORK CITY, INC., DBA
AMERICAN MEDICAL PERSONNEL

By: _____

Its: _____

Date: _____

VICKI STANLEY

_____

Date: _____

JASMINE DIAZ

_____
Date: _____ 9.18.17 _____

CONSTANCE SHANNON

_____

Date: _____

PLAINTIFFS' COUNSEL:

SCOTT & WINTERS LAW FIRM, LLC

_____
Joseph F. Scott (0029780)
Ryan A. Winters (0086917)
Kevin M. McDermott II (0090455)
The Caxton Building
812 Huron Rd. E., Suite 490
Cleveland, Ohio 44115
Telephone:  (440) 498-9100
Facsimile:   (216) 621-0194
Email:  rwinters@ohiowagelawyers.com

Date: _____

GLADSTONE HEADQUARTERS, INC., DBA
AMERICAN MEDICAL PERSONNEL

By: _____

Its: _____

Date: _____

TONY MONTESANO

_____

Date: _____

JASMINE JONES

_____
Date: _____ 9-19-17 _____

DEFENDANTS' COUNSEL:

TZANGAS | PLAKAS | MANNOS | LTD

_____
Lee E. Plakas (0008628)
David L. Dingwell (0059159)
Edmond J. Mack (0082906)
220 Market Avenue South, Eighth Floor
Canton, Ohio 44702
Telephone:   (330) 455-6112
Facsimile:    (330) 455-2108
Email:            emack@lawlion.com

Date: _____

13