IN WITNESS WHEREOF, the Parties and the Parties' Counsel have executed this Agreement of Settlement and Release, in counterpart or otherwise, on the date indicated next to each Party's respective signature, effective as of the date hereinabove mentioned.

| NEW WORK CITY, INC., DBA AMERICAN MEDICAL PERSONNEL | GLADSTONE HEADQUARTERS, INC., DBA AMERICAN MEDICAL PERSONNEL |
|---|---|
| By: _____ | By: _____ |
| Its: _____ | Its: _____ |
| Date: _____ | Date: _____ |
| VICKI STANLEY | TONY MONTESANO |
| _____ | _____ |
| Date: _____ | Date: _____ |
| JASMINE DIAZ | JASMINE JONES |
| _____ | _____ |
| Date: _____ | Date: _____ |
| CONSTANCE SHANNON *(signed)* | |
| _____ | |
| Date: 9/21/2017 | |

PLAINTIFFS' COUNSEL:

SCOTT & WINTERS LAW FIRM, LLC

Joseph F. Scott (0029780)
Ryan A. Winters (0086917)
Kevin M. McDermott II (0090455)
The Caxton Building
812 Huron Rd. E., Suite 490
Cleveland, Ohio 44115
Telephone: (440) 498-9100
Facsimile: (216) 621-0194
Email: rwinters@ohiowagelawyers.com

Date: _____

DEFENDANTS' COUNSEL:

TZANGAS | PLAKAS | MANNOS | LTD

Lee E. Plakas (0008628)
David L. Dingwell (0059159)
Edmond J. Mack (0082906)
220 Market Avenue South, Eighth Floor
Canton, Ohio 44702
Telephone: (330) 455-6112
Facsimile: (330) 455-2108
Email: emack@lawlion.com

Date: _____